IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

ELEANOR KELLER, *individually and on behalf of all Heirs-at-Law and/or wrongful death beneficiaries of Gerald Simpson, deceased*, and THE ESTATE OF GERALD SIMPSON, *by and through Glen Simpson, Administrator of the Estate*     PLAINTIFFS

V.     CIVIL ACTION NO.: 1:16-CV-136-SA-DAS

ATTALA COUNTY,
THE CITY OF KOSCIUSKO, MISSISSIPPI,
DARRIN FLEMING,
LIEUTENANT STEVE ALLAN, *in his individual and official capacity*,
OFFICER MAURICE HAWTHORNE, *in his individual and official capacity*     DEFENDANTS

ORDER

After this Court's summary judgment ruling, the Defendants appealed to the Fifth Circuit Court of Appeals. *See* Notice of Appeal [91]. The Court subsequently stayed the case pending the outcome of the appeal at the Defendants' request. *See* Order [103]. The Court now administratively closes this case pending the resolution of the appeal. The Case will be reopened after notice on the docket that the appeal is resolved. This CASE is ADMINISTRATIVELY CLOSED.

It is SO ORDERED, on this the 9th day of August, 2018

                                 /s/ Sharion Aycock
                                 UNITED STATES DISTRICT JUDG