IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

Civil Minutes - General

Case No:   1:16-CV-00136-SA-DAS        Place Held:   Judge Sanders' Chambers
                                                     (Telephonically)

Style: Keller, et al v Attala County, et al

Date:         April 27, 2020
Begin:        9:30 a.m.
End:          1:30 p.m.
Total Time:   4 hours

PRESENT:    David A. Sanders    United States Magistrate Judge

| ATTORNEY PARTICIPATING FOR PLAINTIFFS | ATTORNEY PARTICIPATING FOR DEFENDANTS |
|---|---|
| Carlos Moore | Danny Griffith |

PROCEEDINGS: Telephonic Settlement Conference

Docket Entry:    Settled

DAVID CREWS, CLERK

By:   /s/ Jennifer L. Frantz
      Courtroom Deputy